JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIA SISTEMAS S.L., a Spanish sociedad limitada,<br><br>             Plaintiff,<br><br>    v.<br><br>BLACK WIDOW HELICOPTERS, LLC, a Wyoming limited liability company,<br><br>             Defendant. | **Case No. 2:24-cv-02289-MWF (KESx)**<br><br>**DEFAULT JUDGMENT AGAINST DEEFNDANT BLACK WIDOW HELICOPTERS, LLC** |

JUDGMENT is hereby entered by the Clerk against Defendant Black Widow Helicopters, LLC, and in favor of Plaintiff Clia Sistemas S.L., in the amount of $399,200.00 plus prejudgment interest from December 15, 2023, and costs according to law.

Dated: September 16, 2024

Clerk, U.S. District Court

By _____
Deputy Clerk